IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEPHEN LUSH,

    Plaintiff,

v.

MADISON POLICE DEPARTMENT,

    Defendant.

ORDER

Case No. 24-cv-426-wmc

On June 27, 2024, plaintiff Stephen Lush was ordered to submit a certified trust fund account statement for the six-month period immediately preceding the filing of the complaint so that I could determine if plaintiff qualifies for indigent status and, if so, assess an initial partial payment of the $350 filing fee. A decision regarding plaintiff's indigency cannot be made at this time because the trust fund account statement that plaintiff has not submitted a certified trust fund account statement for the six-month period beginning approximately December 27, 2023, and ending approximately June 27, 2024. Once plaintiff has submitted the required statement, then I will calculate an initial partial payment and advise plaintiff of the amount due.

ORDER

IT IS ORDERED that plaintiff Stephen Lush may have an enlargement of time until August 12, 2024 to submit a certified trust fund account statement for the period beginning approximately December 27, 2023 and ending approximately June 27, 2024. If plaintiff fails to respond to this order by August 12, 2024, then I will assume that plaintiff wishes to

withdraw this action voluntarily.  In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 19th day of July, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge